IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES MORRIS                                                                                   PLAINTIFF

V.                       CASE NO. 1:14-cv-00145-JTK

CAROLYN W. COLVIN, *Acting Commissioner,*                          DEFENDANT
Social Security Administration

# JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed, and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 16th day of October, 2015.

_____
UNITED STATES MAGISTRATE JUDGE